**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN LARUE HARRIS, | ) NO. CV 11-2514-AG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE